IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEET KAUR SAINI, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3201 |
| | ) | |
| v. | ) | |
| | ) | |
| GERARD HEINAUER, Director | ) | ORDER |
| Nebraska Service Center, U.S. | ) | |
| Citizenship and Immigration | ) | |
| Services, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon consideration of the defendants' motion for extension of time,

IT IS ORDERED, the motion, filing 18, is granted only in part. Counsel shall proceed with their "meet and confer" planning meeting pursuant to Fed. R. Civ. P. 26(f) using the assumption that the pending motion to dismiss will be denied, and that the court's order denying it will be entered within the next thirty days. Their report should be prepared accordingly. The motion is denied in all other respects.

DATED this 21st day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge