IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEET KAUR SAINI, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3201 |
| | ) | |
| V. | ) | |
| | ) | |
| GERARD HEINAUER, et. al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1) The defendants' motion to stay the progression of this case until thirty days after the court rules on their pending motion to dismiss, (filing no. 22), is granted in part.

2) The progression of this case is stayed pending a ruling on defendants' motion to dismiss.

3) If the plaintiff's case, or any part of it, remains pending following the court's ruling on defendants' motion to dismiss, the parties shall again meet and confer regarding case preparation, and shall file a second Rule 26(f) report within fifteen days after the court's ruling on the motion to dismiss. (See Filing No. 15, "Meet and Confer Obligations").

DATED this 10th day of March, 2008.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge